UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Tallahassee_ DIVISION

AMENDED

**CIVIL RIGHTS COMPLAINT FORM**
**TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983**

_EWOYNNE WARREN_,
Inmate # _E38249_ .
(Enter full name of Plaintiff)

vs.

CASE NO: __4:10CV9-WS/WCS__
(To be assigned by Clerk)

_Cathy Simcox / Director Medical_,
_Stanley Dratler / Doctor_,
_Nan Jeffcoat / ass. Wardan_,
_Daune Spears / Wardan_,
_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Filed042310USDcFln4PM1240

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Ewoynne Warren
Inmate Number: E32249
Prison or Jail: Taylor Correctional Insitition
Mailing address: 8515 Hampton Springs Rd
Perry, Floridia 32348

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: Cathy Simcox
Official position: Director of Medical
Employed at: Taylor Correctional Int.
Mailing address: 8515 Hampton Springs Rd
Perry, Floridia 32348

(2) Defendant's name: Stanley Dratler
Official position: Doctor
Employed at: 8515 Hampton Springs Rd
Mailing address: Perry, Floridia 32348
Taylor Correctional Int.

(3) Defendant's name: Daune Spears
Official position: Warden
Employed at: Taylor Correctional Int.
Mailing address: 8515 Hampton Spring Rd
Perry, Floridia 32348

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

I.    **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: _____
Inmate Number: _____
Prison or Jail: _____
Mailing address: _____
_____
_____

II.    **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: Nan Jeffcoat
    Official position: Ass. Wardan
    Employed at: Taylor Correctional Int.
    Mailing address: 8515 Hampton Springs Rd
    Perry, Florida

(2) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

(3) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )            No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): N/A
   (b) Defendant(s): N/A
2. Name of judge: N/A          Case #: N/A
3. County and judicial circuit: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A
7. Facts and claims of case: N/A
   N/A

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )            No(✓)

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A          Case #: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A

3

7. Facts and claims of case: ___N/A___

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )     No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): ___N/A___
   b. Defendant(s): ___N/A___
2. District and judicial division: ___N/A___
3. Name of judge: ___N/A___   Case #: ___N/A___
4. Approximate filing date: ___N/A___
5. If not still pending, date of dismissal: ___N/A___
6. Reason for dismissal: ___N/A___
7. Facts and claims of case: ___N/A___
   ___N/A___

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )     No(✓)

1. Parties to previous action:
   a. Plaintiff(s): ___N/A___
   b. Defendant(s): ___N/A___
2. District and judicial division: ___N/A___
3. Name of judge: ___N/A___   Case Docket # _____
4. Approximate filing date: ___N/A___   Dismissal date: _____
5. Reason for dismissal: ___N/A___

4

6. Facts and claims of case: ___N/A___

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(1) On April of 2008 Plaintiff enter Taylor Correctional Inisition

(2) Plaintiff was Apporved of [Allergic Reaction] to [Sandnat Bugs] By Doctor Stephen Calving, Chief Health officer, At Taylor Correctional Inisition on 3/19/09.

(3) Plaintiff was given a Medical Pass, that States Plaintiff has a [Allergic Reaction] to the Sandnat Bugs, that Cause [Sores] See (Medical Pass as Exbit)

(4) Plaintiff also has a Medical pass, that States, Plaintiff shall Work only inside Building (Due) to (Allergic Reaction) to Sandnat Bugs (See Medical pass) as Exbit.

(5) These Sandnat Bites put (Sores) all over Plaintiff Body, that (Cause Plaintiff Infection)

(6) Plaintiff has a Medical pass stating he Must wear long Sleeve Shirts and Pants at all time, Issue by Doctor Droxtler at Taylor Correctional Insitition 9/9/10 (See Medical pass)

(7) Sandnats Causes Plaintiff to (Itch) very Bad, in turn Plaintiff (Cannot stop straching) in turn bites turn to Sores, In turn Causes (Sores) that turn to (Infection). Plaintiff has requested (Medical transfer), Due to allergic Reaction to the Sandnats, to another Floridia Correctional Insitition, out of (Region 3) Planitiff was Refused Medical transfer. 5/28/09

(8) Plaintiff has been Suffering for the last 2 years, Because of Sandnats Bits

5

(9) Plaintiff wish to be in a Safe enviroment away from Sandnat Bites, that Causes (Sores) and Infection to Plaintiff.

(10) Plaintiff request for (Medical transfer) was (Denied).

(11) After Denial of Medical transfer Plaintiff was biten by SandNats Bugs In turn (put Sores) all over Plaintiff body, and (Cause high temperture of 102° Grave Danger.) and a Infection in Plaintiff head, and Massive headach eye problem

(12) Plaintiff had to be (rushed) to the Regional Medical Center, Due to Sandnat Bites. Regional Medical Center is a Hospital at Lake Butler Plaintiff was admited to the Hospital July of 2009 for high temperture.

(13) Due to Plaintiff being (Denied Medical transfer), Plaintiff Suffer and had to be admitted to the Hospital.

(14) Regional Medical Center, Kept asking Plaintiff why are these (Sores) all over his Body. Regional Medical Center, Could Not Properly treat Plaintiff, Because Taylor Medical (Fail to Send Paper Work) to the Regional Medical Center, So therefor. Plaintiff Could Not be treat Properly for SandNat Bite, which is (Diliberate indifference) to Plaintiff Medical Needs. By Taylor Medical Department. at Taylor Correctional Insitition. (See grievances)

(15) Plaintiff file (grievance) 5/28/09 about SandNat Problem

(16) Plaintiff recieve grievance back, while he was at the Regional Medical Center July of 2009, (Stating) Plaintiff has been Sent to the Regional Medical Center, Due to his allergic Reaction to Sandnats to be Evaluated. (Taylor Medical fail to (adhere) to this Approved Grievance. (See Grievance) Plaintiff Never (recieved Medical attention) and Plaintiff end up Catching a Infection in his head, From Sandnat Bites. and Sores all over his Body.

(17) Plaintiff was (Never treated and Evaluated at Regional Medical Center for Sandnats Bites.)

(18) Duane Spears is the (Wardan) at Taylor Correctional Inisitition He is legally responsible for the operations of Taylor Correctional Inisition, and the Welfare of all inmates of this Prison.

6

19) Plaintiff Inform Duane Spears that Medical has Not Comply with Approved Grievance 5/28/09. For Plaintiff to be Evaluated and treated at the regional Medical Center. for Sandnot Bites. (See grievance) attached Duane Spears Fail to acted on Plaintiff Compalatnt to him, About the Mistake Medical has Made, after he had Knowledge, and Fail to do anything about this Mistake. Duane Spears acted in his offical Capacity.

20) Plaintiff end up developeing Infection in his head, and Sores, and Massive headachs and eye vision Problem. Due to Sandnat Bit, and Duane Spears Not addressing Plaintiff Complaint. (Cause Plaintiff Bodly harm) therefor Duane Spears is at Fault. Duane Spears acted in his offical Capacity.

21) Duane Spears fail to do anything about the Medical Department at Taylor Correctional Inisitition Diliberate Indifferece to Plaintiff Medical Needs, after he was Informed that Medical was treating him wrong Duane Spears Set by and did Noting, therefore let Plaintiff Suffer Pain. Duane Spears acted in his offical Capacity.

22) Nan Jeffcoat is the assistance Warden, at the Taylor Correctional Inisitition. her job is to legally Make Sure the Prison is operating and the Welfare of the Prison. and to investigate action.

23) Nan Jeffcoat was Made aware of Plaintiff Complaint, that Medical Never Comply with Grievance, for Plaintiff to be Evaluated and treated, Nan Jeffcoat had know Knowledge of this Fact, and did noting. And Plaintiff end up Suffering Bodly harm, Due to her Action, Put her at Fault, Nan Jeffcoat acted in her offical Capacity.

24) Plaintiff end up Catching Infection in his head, Sores, all over his Body, Massive headach, Eye vision Problem, because Nan Jeffcoat Fail to do anything to help Plaintiff. Nan Jeffcoat acted in her offical Capacity

DC3-008

INSTITUTION _____ CELL/DORM & BUNK _____

NAME _____ NUMBER _____ DATE _____

Nan Jeffcoat was Inform More then twice that Plaintiff was Suffering Bodly harm, and she fail to do anything (See grievance)

(25) (Witness) (Mr Matthew) and (Ms Clayton) are Correctional Officer at the Taylor Correctional Inisitition. Do Not have there First Names at this time, transport Plaintiff to the Regional Medical Center, were Plaintiff Could Not be treated or Evaluated Properly, Because Taylor Medical Never Sent paperWork with them. These officer can (testify) that the Regional Medical Center, Could Not treat me, and did Not treat Plaintiff for Sandnats, Because Regional Medical Center ask these officer why was I transport to R.M.C.. officer Could Not tell them, because (Medical) Never gave them the PaperWork. Shows Diliberate Indifferce to Plaintiff Needs.

(26) also Plaintiff Inform Duane Spears that Medical Department is Not treating his Infection Knot, that was Cause by the Sandnat Bites Properly. Threw (grievance) Duane Spears Did Noting after he was (Warn) of this Fact. Plaintiff, end up with Massive headach, eye vision Problem. Duane Spears acted in his offical Capacity. (See grievance)

(27) Duane Spears Never tried to help Plaintiff after he was inform that Medical Department at Taylor Correctional Inisitition Never treat him for Sandnats or (Sent) PaperWork to the Regional Medical Center Duane Spears did Noting after he was (aware) of this Mistake Medical Department has Made, Duane Spear, Still did Noting (after he Knew) Plaintiff Suffer Bodily harm because of this. Duane Spears acted in his offical Capacity.

(28) Cathy Simcox is employed at the Taylor Correctional Inisitition

(29) Cathy Simcox is the Director of Medical at Taylor Correctional Inisitition, her Job is to ensure that Prisoner recieve Proper Medical attention, and the Conduct of her Staff, that they are treating Prisoner Right.

DC3-008

30.) Cathy Simcox had Know Knowledge that Plaintiff was Not recieving the Proper Medical attention he Need. Plaintiff Inform her that her Medical Staff, has Made a (Very Bad Medical Mistake,) by Not treating Plaintiff, as Grievance Stated for (Evawlation and treatment) at the Regional Medical Center for SandNat Bites. (See Grivance)

31. Cathy Simcox was inform that Plaintiff was transport to the Regional Medical Center, without paperwork, that her Medical Staff Never Sent with him, So therefor Plaintiff Could Not be treated for (Allergic Reaction) to SandNats, that Cause Sores, and Infection to Plaintiff. Ms Simcox Fail to address this issue, So Plaintiff May recieve the Proper Medical attention he Needs. Plaintiff later devolp a Infection in his head) and Sores all over his Body, Because of her Action. Cathy Simcox acted in her Offical Capacity.

32. Cathy Simcox also let Plaintiff walk around with a Infection in his head for 9 month (See grievance) after she was inform her Medical Staff was Not treating his Infection, that was Cause by SandNats Bites Properly she did Noting. It is her Job to ensure Plaintiff recieve Proper Medical attention. She Failed to do this Plaintiff Suffer. Cathy Simcox acted in her offical Capacity.

33.) Cathy Simcox had Know Knowledge that her Medical Staff was doing wrong to Plaintiff. Cathy Simcox Diliberately did Noting to help Plaintiff, Because of her action. Plaintiff is Suffering Sores to Come all over his body, in turn, turn to Infection then and Now! today 4/19/10. she acted in her offical Capacity.

34.) Plaintiff is Suffering this harm Right Now today, and Cathy Simcox Fail to do anything to help Plaintiff.

35.) Cathy Simcox was Made aware threw Grievance Many times and still Fail to help Plaintiff. (See Grievance)

DC3-008

36) Cathy Simcox has Showed Diliberate Indifference to Plaintiff Medical Needs, because She Knew and did Not to help him Because of her action, Plaintiff Body has Sores, and Body has been (Disfigured) Right Now today. Because She Fail to help Plaintiff. Plaintiff has (Permitted Scares) Because of her action Not to help Plaintiff. She is at Fault, She acted in her offical Capacity.

37) Cathy Simcox is at Fault, Because She would Not Fix the Mistake her Medical Staff, Made, when they transport Plaintiff to the Hospital, without Paperwork, So therefore Plaintiff was Never Evaluated or treated. Cathy Simcox had the Power to Correct this Mistake, But chose to do Noting She acted in her offical Capacity. (See Grievance)

38) Doctor Stanley Dratler is empolyed at the Taylor Corredional Inisitition, His Job is to treat Plaintiff Properly. He Fail to do this.

39) Duane Spears has a (Duty to Protect Plaintiff From these Sandnats under the (Floridia Health Code.) is a Violation It self Because Plaintiff Would Not be Suffering, If Wardan Spears, Would have this Prison (Sprayed) for these Sandnat properly, their is No Spraying. And Plaintiff has Suffer the (Unnessary and Waton Infection of Pain, From these Sandnats. Duane Spears acted in his offical Capacity.

40) Nan Jeffcoat Fail to Protect Plaintiff From these Sandnats, She has (a Duty to Protect Me under the Florida Health Code) She was aware Plaintiff was Suffering, Unnessary and Waton infection of Pain, she did Noting to Stop this From happen to Plaintiff, She acted in her offical Capacity. (See Grievance)

(41) Duane Spears, and Nan Jeffcoat is in (Violation of the Floridia Health Code) Puts them at Fault. ~~Lots~~ of the harm that has been Cause by these SandNats to Plaintiff, If they would Not have Violate this (Floridia Health Code) Plaintiff Would Not Be Suffering Sores, to Come over his Body, Infection to Come in his Head, Permitted Scars, all over his Body, and his Body to be disfigured, Because of this Floridia Violation of this (Floridia Health Code). Which they Must Comply with. These Sandnats have put Plaintiff at Risk to get another Infection, and are puting Sores all over his Body Right Now today 4/19/10. they acted in their offical Capacity.

(42) Plaintiff Seeks help From the District Court to Stop this Pain from happen to him, because of this (Heath Code Violation) By Duane Spears and Nan Jeffcoat, Because Plaintiff May end up devoloping a Infection From SandNat Bites, that (May Kill him) they acted in their offical Capacity, (with this Heath Code Violation) See Grievance.

(43) Doctor Staley Dratler Denied Plaintiff a Medical transfer Due to SandNats, and have (Never) Evaulate Plaintiff for Sandnats Bites (See Grievance)

(44) After Doctor Denied Plaintiff Medical transfer, Plaintiff Devolped Infection in his head, and Sores all over his Body Because of the Sandnats. Massive headach, Eye vision.

(45) Doctor Dratler (lied) that he Evaulate Plaintiff for Sandnats (Dates and Grievance) will show that, Doctor Dratler has Cause Plaintiff unneessary and Waton Pain, Because of this (lie) Plaintiff has Suffer. (See Grievanc)

(46) Grievance will Show Doctor Dratler Denied the Medical transfer Without Seeing Plaintiff to Evaulate him, So therefore Doctor Dratler

DC3-008

INSTITUTION _____ Case 4:10-cv-00009-WS-WCS   Document 9   Filed 04/23/10   Page 13 of 15 CELL/DORM & BUNK _____

NAME _____ NUMBER _____ DATE _____

is (Wrong) to Deny Plaintiff a transfer, So he would Not Suffer Pain and Infection, and Sores to Come all over his Body. Because of this Denied Medical transfer Because Doctor Draltler (Fail to Ever Evaulate Plaintiff) Doctor Draltler acted in his offical Capacity.

(47) Doctor Drattler Fail to treat Plaintiff for a Infection Knot on his head he devolped, after Medical transfer was Denied that the Sandnats Bugs Cause. (See Grievance)

(48) Doctor Draltler Let Infection Cause by Sandnats to Stay in Plaintiff head for 9 months, without treatment Because Doctor Dralter stated that the Knot on Plaintiff head, Came from a Haircut. (See Grievance.)

(49) Doctor Draltler has Denied Plaintiff all type of treatment he stated that the Knot on Plaintiff head was Noting, and Plaintiff found out 9 months later it was a Infection, Cause by the Sandnats Bugs (See Grievance) By Doctor lightfoot.

(50) Doctor Stanley Draltler Stated that Infection on my Head was getting Smaller, when in Fact, (he was Not even treating the Knot) he would just look at the Knot and Do Noting.

(51) Doctor Draltler Stated the Infection Knot on My Head was a (Nodule), See Grievance When In Fact the Infection Knot was Very large on the Side of My Head.

(52) Witness Major Collins is the Head of Security, and She Saw Plaintiff head, were Doctor Draltler Stated It was a (Nodule), which was a lie By Doctor Draltler. It was Not a (Nodule), Because the Infection Knot was (So Big on the Side of My Head, Major Collins was afraid,) and Made her Security take Plaintiff to the Medical, for Help, Doctor Draltler Did Noting, After Plaintiff ask for help and the Head of Security ask the Doctor also

INSTITUTION _____   CELL/DORM & BUNK _____
Case 4:10-cv-00009-WS-WCS   Document 9   Filed 04/23/10   Page 14 of 15

NAME _____   NUMBER _____   DATE _____

See Grievance

Plaintiff Mother had to Call Major Collins and Force Medical to give Me Medical attention, But Doctor Dratler Still would Not help Plaintiff, Let Plaintiff Suffer (See Grievance)

(53) Plaintiff tried to get Medical help from this Doctor Dratler More then twice, about the Infection in his head and the Sores, and Permitted Scars all over his Body

None of this would be happen to Plaintiff if Doctor would Never had Denied Plaintiff Medical transfer for the Sandnats this is Unnecessary and Waton Infection of Pain, Because this Doctor would Not give Plaintiff Proper Medical attention, Put this Doctor Dratler at Fault.

Doctor Stanley Dratler acted in his offical Capacity.

Relief

(54) Plaintiff is asking the Courts for a (Injuction) to be Moved to a Safe enviorment, Because of Taylor Correctional Insistition (Health Code Violation) toward Plaintiff, Because Plaintiff is Suffering Unnecessary and Waton Infection of Pain Infection, Sores, to come all over Plaintiff Body, Permitted Scars, and the Disfigurement of Plaintiff Body.

Plaintiff is still Suffering Sores, to come all over his Body Because of this (Health Code Violation), These Sores will Continue to turn into Infection, Because Plaintiff Cannot stop Stracting Because Plaintiff has a Proven (Allergic Reaction) to the Sandnats Plaintiff wish to be Moved to a Safe enviorment down South to a Floridia Insistition, These Infection and Sores will Not stop, as long as this (Health Code Violation) is happen Plaintiff Seeks Help A.S.A.P. (Compensetory $50,000/ Declartory $50,000/ Puntive $50,000
Ewoyne Warren
Eugene Warren

DC3-008

### VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

(55) Under the 8th amendant Right Diliberate Indifference to Serious Medical Needs of Prisoner. Consitutes the Unnessary and Waton infection of Pain Proscribed by Eight Amendant. (56) Doctor Draitter Denied Plaintiff Medical transfer, and Fail to treat him, for Sandnats that Cause Plaintiff Infection and Sores to come all over his Body. (57) Cathy Simcox, Nan Jeffcoat, Daune Spears, all had Knowl Knowledge of Plaintiff Inadquate Medical treatment and Stood by and let Plaintiff Suffer Pain, all acted in there Official Capacity Knew Plaintiff was Suffering, and did Nothing. Entitle Plaintiff to Relief (they Knew)

### VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

(59) To transfer to another Floridia Inisitition down South (58) #100,000 dollars for Pain and Suffering. (59) All Parties be Removed from there Jobs, Because of Diliberate action against Plaintiff, Inadquate Medical attintion, and Diliberate Indifference to Plaintiff Medical Needs. Nan Jeffcoat, Cathy Simcox, Daune Spears

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

4/20/10
(Date)

_Eugene Wann_
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on: the 20 day of April, 20 10.

_Eugene Wann E-32249_
(Signature of Plaintiff)

Revised 03/07

OUTGOING LEGAL MAIL PROVIDED TO TAYLOR C.I. FOR MAILING ON 4/20/10 EW I/M INT. LIBRARY - ANNEX

LEGAL MAIL

7