IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EWOYNNE WARREN,

        Plaintiff,

v.                                              4:10cv9-WS

CATHY SIMCOX, et al.,

        Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed May 10, 2010. See Doc. 14. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed. The plaintiff has filed objections (doc. 20) to the magistrate judge's report and recommendation.

Having considered the record in light of the plaintiff's objections, the court finds that the case must be dismissed because the plaintiff's factual allegations are insufficient to show that he has a plausible claim for relief under the Eighth Amendment. In particular, the plaintiff fails to allege facts that would support a finding of deliberate indifference by the defendants.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 14) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment accordingly, noting on the docket sheet that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. All pending motions are DENIED as moot.

DONE AND ORDERED this ___27th___ day of ___May___, 2010.

                                  s/ William Stafford
                                  WILLIAM STAFFORD
                                  SENIOR UNITED STATES DISTRICT JUDGE